UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVERGREEN GOODWILL OF NORTHWEST WASHINGTON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AFFILIATED FM INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CASE NO. C22-0755JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This case is hereby transferred to the Honorable Barbara J. Rothstein. All future pleadings shall bear the case number C22-0755BJR.

//

//

//

MINUTE ORDER - 1

1 | Filed and entered this 6th day of June, 2022.

                     RAVI SUBRAMANIAN
                     Clerk of Court

                     s/ Ashleigh Drecktrah
                     Deputy Clerk

MINUTE ORDER - 2