THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVERGREEN GOODWILL OF NORTHWEST WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>AFFILIATED FM INSURANCE COMPANY,<br><br>Defendant. | No.: 2:22-cv-00755-BJR<br><br>STIPULATED MOTION TO STAY |

Plaintiff Evergreen Goodwill of Northwest Washington ("Goodwill") and Defendant Affiliated FM Insurance Company ("AFM") submit this Stipulated Motion to Stay this case pending the Washington Supreme Court's decision in *Hill & Stout PLLC v. Mutual of Enumclaw Insurance Co.*, No. 100211-4 (review granted Jan. 5, 2022) ("*Hill & Stout*").

The Washington Supreme Court granted discretionary review of *Hill & Stout*, a matter that also involves business interruption coverage for losses related to COVID-19 government closure orders. *Hill & Stout* is scheduled for oral argument on June 28, 2022. The court's decision in *Hill & Stout* may impact central legal questions in this case.

The parties jointly request to stay this matter, including discovery and all deadlines, until final resolution of *Hill & Stout*. The parties expressly agree that the stipulation and

STIPULATED MOTION TO STAY
NO.: 2:22-CV-00755-BJR

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

proposed stay do not waive any rights or defenses, including but not limited to defenses listed in Federal Rule of Civil Procedure 12(b) or 12(c).  The parties further agree to file a Status Report within sixty (60) days of that decision to provide the Court with an update on the case status.

Dated:  June 9, 2022.

**IT IS SO ORDERED.**

DATED this 10th day of June, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

1 Presented by:

2 BULLIVANT HOUSER BAILEY PC

3

4 By: s/ Daniel R. Bentson

5     Daniel R. Bentson, WSBA #36825
      E-mail: dan.bentson@bullivant.com

6     Antoine J. Smith, WSBA #57968
      E-mail: antoine.smith@bullivant.com

7

8 *Attorneys for Defendant*
  GORDON TILDEN THOMAS CORDELL

9

10

11 By: s/ Franklin D. Cordell by e-mail approval
      Franklin D. Cordell, WSBA #26392

12    fcordell@gordontilden.com
      Samantha F. Pitsch, WSBA #54190

13    spitsch@gordontilden.com

14 *Attorneys for Plaintiff*

15 4865-4148-9695.1

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO STAY
NO.: 2:22-CV-00755-BJR

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF e-filing system which will send notification of such filing to the persons listed below:

Franklin D. Cordell, WSBA #26392
Samantha F. Pitsch, WSBA #54190
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
fcordell@gordontilden.com
spitsch@gordontilden.com

*Attorneys for Plaintiffs*

☐ via hand delivery.
☐ via first class mail.
☐ via email
☒ CM/ECF E-service

Dated:  June 10, 2022.

*/s/ Genevieve Schmidt*
Genevieve Schmidt, Legal Assistant

STIPULATED MOTION TO STAY
NO.: 2:22-CV-00755-BJR

PAGE 4

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930